OPINION — AG — ** DEMONSTRATION WORK — FUNDING — COUNTY COMMISSIONERS ** (1) TO THE EXTENT THAT MEANS ARE AVAILABLE IN EACH COUNTY, FUNDING OF FARM AND HOME DEMONSTRATION WORK, AS REQUIRED BY 70 O.S. 3418 [70-3418], IS MANDATORY. (2) WHERE THE ANNUAL ESTIMATE OF NEEDS OF A BOARD OF COUNTY COMMISSIONERS EXCEEDS THE MEANS AVAILABLE TO FINANCE THE SAME, THE COUNTY EXCISE BOARD HAS THE AUTHORITY TO DETERMINE THE AVAILABILITY OF FUNDS FOR THE FARM AND HOME DEMONSTRATION WORK REQUIRED BY 70 O.S. 3418 [70-3418], SUBJECT TO THE RESTRICTIONS OF 68 O.S. 2487 [68-2487](5) (4-H PROGRAM, AGRICULTURE, HOME DEMONSTRATION, ESTIMATE OF NEEDS) CITE: 70 O.S. 3418 [70-3418](3), 70 O.S. 3418 [70-3418], 70 O.S. 3418 [70-3418](C), 68 O.S. 2457 [68-2457], 68 O.S. 2483 [68-2483] [68-2483], 68 O.S. 2486 [68-2486], 68 O.S. 2487 [68-2487], 68 O.S. 2487 [68-2487](2), 68 O.S. 2487 [68-2487](4), 68 O.S. 2487 [68-2487] [68-2487](5) (ROZIA M. MCKINNEY) ** SEE: OPINION NO. 89-598 (1989)